**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHRISTOPHER. JIMENEZ, | No. C 09-2329 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. VASQUEZ, warden, | |
| Respondent. | |

This action for a writ of habeas corpus is dismissed without prejudice to petitioner pursuing his claims in a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 5, 2009

_____
SUSAN ILLSTON
United States District Judge